AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Guillermo Jimenez-Pimental<br>371 Oak Hill Drive<br>Alexander City, AL | Case Number: 3:06cr70-WHA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Guillermo Jimenez-Pimental__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

Falsely Represent Social Security Number    (1 ct)
Use False Alien Registration Receipt Card    (1 ct)
Knowingly Use False Alien Registration Receipt Card (1 ct)
Possession of Identification Document Produced without Authority (1 ct)

in violation of Title __42 & 18__ United States Code, Section(s) __408(a)(7)(B), 1546(a), 1546(b)(2), 1028(A)(6)__

DEBRA P. HACKETT                         BY: _[signature]_
Name of Issuing Officer                  Signature of Issuing Officer

CLERK                                    3/2/06 -Montgomery, AL
Title of Issuing Officer - CLERK         Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |