IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR. NO. 3:06-cr-70-WHA
                                )
GUILLERMO JIMENEZ-PIMENTAL      )

**O R D E R**

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tallapoosa County Jail, Dadeville, Alabama, commanding them to deliver the said Guillermo Jimenez-Pimental to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on April 19, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

Done this 5th day of April, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE