IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 3:06CR70-WHA |
| ) | |
| GUILLERMO JIMENEZ-PIMENTAL ) | |
| ) | |

## **ORDER**

For good cause, it is

**ORDERED** that Arraignment previously scheduled for April 19, 2006 be and is hereby **RESET** for **April 17, 2006 at 11:15 a.m.**, in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk of Court is **DIRECTED** to provide an Interpreter for this proceeding. It is further **ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 13th day of April, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE