**COURTROOM DEPUTY MINUTES**     **DATE:** April 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 11:25-11:32

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ✓ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:06cr70-WHA-DRB**    DEFT. NAME: **GUILLERMO JIMENEZ-PIMENTAL**

USA: **SUSAN REDMOND**    ATTY: Kevin Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ___ does ✓ does NOT need an interpreter; NAME Beverly Childers

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest **3/8/06** or ☐ karsr40 | |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ✓ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ✓ **ORAL** Motion for Appt. Of Counsel. | |
| ✓ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ✓ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ✓ Karr. | ARRAIGNMENT SET FOR: _____ ✓ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ✓ Trial Term **6/26/06**; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | ✓ DISCOVERY DISCLOSURES DATE: **4/17/06** | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ Kwvspt | Waiver of Speedy Trial Act Rights Executed. | |