IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No.: 3:06CR70-WHA |
| ) | |
| GUILLERMO JIMENEZ-PIMENTAL ) | |

**MOTION TO WITHDRAW FEDERAL DEFENDERS
AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

COMES NOW the Federal Defenders Office and moves to withdraw the office as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Guillermo Jimenez-Pimental.

In support of this Motion, counsel states the following:

1. On April 17, 2006 the Federal Defender Office was appointed to represent Guillermo Jimenez-Pimental with respect to the above- styled case.

2. A conflict exists between the Federal Defenders Office, Mr. Jimenez-Pimental and a present client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Mr. Jimenez-Pimental, CJA panel attorney Everett Urech, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Jimenez-Pimental will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Jimenez-Pimental and that CJA Panel Attorney, Everett Urech, Esquire be appointed to represent him.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No.: 3:06CR70-WHA |
| | ) | |
| **GUILLERMO JIMENEZ-PIMENTAL** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138