IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-70-WHA |
| | ) | |
| GUILLERMO JIMENEZ-PIMENTAL | ) | |

## ORDER ON MOTION

Upon consideration of the *Motion to Withdraw Federal Defenders as Counsel of Record and for Appointment of CJA Panel Attorney,* filed by Assistant Federal Defender Kevin Butler (Doc. 12, filed April 19, 2006), it is

**ORDERED** that the motion is **GRANTED**

On April 17, 2006 the defendant submitted a financial affidavit in support of his application for appointment of counsel(Doc. 9). The affidavit and representations in the pending *Motion* demonstrate his eligibility for appointment of competent counsel. It is, therefore,

**ORDERED** that *CJA Panel Attorney Everett Urech*, is **appointed to represent the defendant** in all proceedings. Appointed counsel shall file a written notice of appearance with this court. *The Clerk shall ensure* that appointed counsel is transmitted forthwith not only this appointment order but also the Indictment (Doc. 1) and the arraignment order (Doc. 11) *Appointed counsel is directed* to examine forthwith the dates scheduled for the pretrial conference and jury trial herein – each date having been set to accommodate conflicts of previous defense counsel- and to ascertain promptly after conference with the assigned

United States Attorney whether the trial date should be set later than the presently scheduled term commencing on June 26, 2006. Appointed counsel is hereby reminded to secure forthwith from previous counsel the discovery disclosures made already by the United States and to confer independently with the assigned Assistant USA to ensure that he has received all discovery.

DONE this 20th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE