IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | *   CASE NUMBER  3:06-CR-70-WHA |
| GUILLERMO JIMENEZ-PIMENTAL, | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

**COMES NOW**, Everett M. Urech, Counsel of Record for Defendant, Guillermo Jimenez-Pimental, and enters his appearance in this cause.

Respectfully submitted this, the 24th day of April, 2006.

s/ Everett M. Urech

EVERETT M. URECH
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division by electronic filing on the 24rd day of April, 2006.

s/ Everett M. Urech

Of Counsel