IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | * CASE NUMBER 3:06-CR-70-WHA |
| GUILLERMO JIMENEZ-PIMENTAL, | * |
| Defendant. | * |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, through his counsel of record, and gives notice of his intent to change his plea to one of guilty and gives notice of his desire to enter such plea before a U.S. Magistrate Judge, instead of a U.S. District Court Judge.

s/ Everett M. Urech
_____
EVERETT M. URECH (ASB 6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division, by electronic filing on the 4th day of May, 2006.

s/ Everett M. Urech
_____
Of Counsel