IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-70-WHA |
| | ) | |
| GUILLERMO JIMENEZ-PIMENTAL | ) | |

**ORDER SETTING CHANGE OF PLEA**

Pursuant to the Defendant's *Notice of Intent to Change Plea* (Doc. 18, filed May 4, 2006),

it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules

of Criminal Procedure on **May 12, 2006, at 11:00 a.m.**, in District Courtroom 4A, Frank M.

Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The

Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the

United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 5th   day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE