IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-70-WHA |
| | ) | |
| GUILLERMO JIMENEZ-PIMENTAL | ) | |

### ORDER ON MOTION

Upon consideration of Defendant's *Motion to Approve Extra Ordinary Expenses Interpreter Services,* (Doc. 17, filed April 27, 2006), it is

**ORDERED** that the motion is GRANTED to the extent of the request for approval of interpreter expenses not to exceed $1,000.00 in this case.

DONE this 5th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE