| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5-12-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:03 – 11:56 am |
| | COURT REPORTER: Risa Entrekin |

☐ ARRAIGNMENT   ☒ **CHANGE OF PLEA**   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

---

PRESIDING MAG. JUDGE: BOYD     DEPUTY CLERK: sql
CASE NUMBER: 3:06CR70-WHA     DEFENDANT NAME: Guillermo JIMENEZ-PIMENTAL
AUSA: Redmond     DEFENDANT ATTORNEY: Everett Urech
                  Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
                  ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? ( )NO; (✓)YES    Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
           ☒ Guilty as to:
              ☒ Count(s): 1, 2, 3 and 4
              ☐ Count(s): _____     ☐ dismissed on oral motion of USA
                                      ☐ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ **ORDERED SEALED**
☒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2, 3, 4.
☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.
           **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
           ☐ Trial on _____; ☐ Sentencing on _____
☒ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
           ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel