IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:06cr070-WHA |
| GUILLERMO JIMENEZ-PIMENTAL ) | |

**ORDER**

Due to a change in the court's calendar, the sentencing of the Defendant, previously scheduled for September 8, 2006, is RESCHEDULED for Thursday, September 7, 2006, at 10:00 a.m.

DONE this 17th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE