IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,          *

      Complainant,          *

vs.          *  CASE NUMBER  3:06-CR-70-WHA

GUILLERMO JIMENEZ-PIMENTAL,          *

      Defendant.          *

## MOTION TO ADVANCE SENTENCING DATE

**COMES NOW** the Defendant, through his counsel of record, and asks the court to advance his sentencing date that is now set for September 7, 2006.  The Defendant has been in jail since his arrest over a year ago.  His plea agreement is for time served and he is expected to be deported to Mexico after sentencing.  He has not communicated with his family for over a year. He would like to proceed to sentencing as soon as possible.

s/ Everett M. Urech

EVERETT M. URECH (ASB 6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax
daleatty@snowhill.com

<u>CERTIFICATE OF SERVICE</u>

     I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division, by electronic filing on the 19th day of July, 2006.

s/ Everett M. Urech

_____

Of Counsel