IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Case Number 3:06cr70-WHA |
| GUILLERMO JIMENEZ-PIMENTAL, ) | |

**ORDER**

Upon consideration of the Motion to Advance Sentencing Date, the motion is GRANTED, and it is hereby ORDERED that the sentencing of the Defendant, previously scheduled for September 7, 2006, is RESCHEDULED for Monday, July 17, 2006, at 2:00 p.m.

DONE this 20th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 92-101-N |
| MICHAEL GROVE ) | |

### ORDER

Upon consideration of the Motion for Reduction of Sentence, filed by the United States on January 30, 1995, and following a hearing held on February 3, 1995, the motion is GRANTED, and it is hereby ORDERED as follows:

The sentence imposed on the defendant by the court on November 19, 1992, is MODIFIED in that the term of imprisonment imposed is reduced to a term of ninety-four (94) months.

Based upon testimony presented at the hearing on the Government's motion and on recommendations made on behalf of the Government by the United States Attorney, the court finds that, as a result of the defendant's cooperation with the Government and the fact that that cooperation is widely known within the federal prison population, that the defendant would be in great danger if returned to the general prison population in a federal prison.  Accordingly, the court recommends to the Bureau of Prisons that the defendant be redesignated to serve the remainder of his sentence at a Federal Prison Camp.  Further, based upon the representation by the United States Attorney that it could be helpful to the Government in future drug cases to have the defendant located near to Montgomery, Alabama, the court recommends that, if

possible, the Federal Prison Camp at Maxwell AFB be designated as the facility for defendant's remaining confinement.

    DONE this _____ day of February, 1995.

                                      _____
                                      W. HAROLD ALBRITTON
                                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )

vs.                                 )   CR. NO. 92-101-N

THOMAS GROVE                        )

### **ORDER**

Upon consideration of the Motion for Reduction of Sentence, filed by the United States on January 30, 1995, and following a hearing held on February 3, 1995, the motion is GRANTED, and it is hereby ORDERED as follows:

The sentence imposed on the defendant by the court on November 19, 1992, is MODIFIED in that the term of imprisonment imposed is reduced to a term of sixty-six (66) months.

Based upon testimony presented at the hearing on the Government's motion and on recommendations made on behalf of the Government by the United States Attorney, the court finds that, as a result of the defendant's cooperation with the Government and the fact that that cooperation is widely known within the federal prison population, that the defendant would be in great danger if returned to the general prison population in a federal prison.  Accordingly, the court recommends to the Bureau of Prisons that the defendant be redesignated to serve the remainder of his sentence at a Federal Prison Camp.  Further, based upon the representation by the United States Attorney that it could be helpful to the Government in future drug cases to have the defendant located near to Montgomery, Alabama, the court recommends that, if

possible, the Federal Prison Camp at Maxwell AFB be designated as the facility for defendant's remaining confinement.

       DONE this _____ day of February, 1995.

_____
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 91-307-N |
| TONY LAMAR ROBINSON ) | |

**ORDER**

This case is before the court on the Motion for Reduction of Sentence filed by the United States of America on January 30, 1995. Upon consideration of the motion and the reasons given therefor, the court agrees to hear the motion, and it is hereby ORDERED as follows:

The sentence imposed on February 10, 1993, and contained in the Judgment entered by the court on February 11, 1993, is MODIFIED, and the imprisonment imposed on the defendant is reduced from 151 months to 100 months.

Upon the representation by the United States Attorney that, because of the defendant's cooperation with the Government, which cooperation is widely known throughout the federal prison community, he would be in danger if returned to a Federal Correctional Institution such as Talladega, the court recommends to the Bureau of Prisons that the defendant be redesignated to serve the remainder of his sentence at a Federal Prison Camp, preferably at Maxwell Air Force Base.

DONE this _____ day of February, 1995.

_____
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE