IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| vs. ) | Case Number 3:06cr70-WHA |
| GUILLERMO JIMENEZ-PIMENTAL, ) | |

## **ORDER**

Due to the erroneous attachment of unrelated orders to the Order previously entered on this date re-setting the sentencing date in this case, Document #28 is ORDERED VACATED.

Upon consideration of the Motion to Advance Sentencing Date, the motion is GRANTED, and it is hereby ORDERED that the sentencing of the Defendant, previously scheduled for September 7, 2006, is RESCHEDULED for Monday, July 17, 2006, at 2:00 p.m.

DONE this 20th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE