# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | July 17, 2006 | AT: | 2:00 p.m. |
| DATE COMPLETED: | July 17, 2006 | AT: | 2:08 p.m. |

UNITED STATES OF AMERICA )
)
vs. )  CR. No. 3:06cr070-WHA
)
GUILLERMO JIMENEZ-PIMENTAL )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan R. Redmond | Everett M. Urech |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Beverly Childress, Interpreter

Jeff Lee, USPO
Lisa Harden, Law Clerk

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Hearing commences.
Interpreter sworn.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objection to statement of sentence.
Defendant is found to have been in federal custody for 92 days.
Sentence is imposed as stated.
Defendant waives his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal for processing.
Court is adjourned.